UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCKY GABRIEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>HOMYN ENTERPRISES CORP. D/B/A SECURE WRAP,<br><br>Defendant. | No: 20-cv-2232 (KAM)(RML) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Francky Gabriel, through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), file this Notice of Voluntary Dismissal without Prejudice and state as follows:

Federal Rule of Civil Procedure 41(a) allows a plaintiff to voluntarily dismiss an action before the opposing party serves either an answer or a motion for summary judgment.

WHEREFORE, Plaintiffs respectfully ask the Court to dismiss the above actions without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated:   New York, New York
         October 5, 2020

/s/ Brian S. Schaffer
    Brian S. Schaffer
    Frank J. Mazzaferro
    **FITAPELLI & SCHAFFER, LLP**
    28 Liberty 30th Floor
    New York, NY 10016


    Kiyo A. Matsumoto, USDJ
Hon. Kiyo A. Matsumoto, U.S.D.J.
    10.5.20